District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKRAM ILANLOO, *et al.*,<br><br>                              Plaintiffs,<br><br>       v.<br><br>ANTONY J. BLINKEN, *et al.*,<br><br>                              Defendants. | Case No. 2:24-cv-00713-BJR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 27, 2024. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete administrative processing and issue a decision for Plaintiff Inanloo immigrant visa application. Defendants' response to the Complaint is currently due on July 29, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until September 27, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00713-BJR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. A consular officer at the U.S. Embassy in Yerevan refused Plaintiff immigrant visa application pursuant to 8 U.S.C. § 1201(g) on January 23, 2023. This case is actively undergoing administrative processing, including security screening, which may result in a consular officer readjudicating Plaintiff Inanloo's immigrant visa application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 27, 2024. The parties will submit a joint status report on or before September 27, 2024.

DATED this 25th day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | RED EAGLE LAW, L.C. |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | s/ Curtis Lee Morrison<br>CURTIS LEE MORRISON*, CA #321106<br>5256 S Mission Road, Suite 135<br>Bonsall, California 90067<br>Phone: (714) 661-3446<br>Email: curtis@redeaglelaw.com<br>*PHV<br><br>GIBBS HOUSTON PAUW |
| *Attorneys for Defendants* | s/ Adam Boyd<br>ADAM BOYD, WSBA# 49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net |
| **I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiffs* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00713-BJR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until September 27, 2024.  The parties shall submit a status update on or before September 27, 2024.  It is so **ORDERED**.

DATED this 26th day of July, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00713-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800